Edward J. Maney
Chapter 13 Trustee
101 N. First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| TENISHA M. WARD, | ) | CASE NO. #2: 22-03864-DPC |
| | ) | |
| | ) | TRUSTEE'S EVALUATION AND |
| | ) | RECOMMENDATION(S) REPORT WITH |
| | ) | NOTICE OF POTENTIAL DISMISSAL IF |
| | ) | CONDITIONS ARE NOT SATISFIED |
| | ) | RE: 2nd MODIFIED CHAPTER 13 PLAN |
| (Debtor(s)) | ) | *Docket #40     filed July 18, 2023* |

Edward J. Maney, Trustee, has analyzed the Debtor's Second Modified Chapter 13 Plan and supporting documents and submits the following evaluation and recommendation(s):

1. The 2nd Modified Plan proposes the following changes in the confirmed plan:

    a. Payments are impermissibly, retroactively reduced for month 3.
    b. Overall plan funding is increased by $3,174 to reimburse creditors for the Debtor's failure to turnover her 2018 and 2019 tax refunds totaling $3,153.

2. **The Trustee objects** to the retroactive reduction in plan payments for month three (3).

3. The Trustee requires copies of Debtor's two most recent consecutive paycheck stubs from each employer for verification of income and deductions.

4. Considering #2 above, the debtor's plan payments remain delinquent $13,434.

5. The Trustee must have an explanation for the inclusion of $2,000 as a priority debt owed to Phoenix Fresh Start which is the debtor's counsel.

6. The Trustee requires a **completed** and **signed** copy of Debtor(s) 2022 State and Federal tax returns per the Court's Orders of November 22, 2022 and June 6, 2023.

7. The seventh amended proof of claim filed by the Internal Revenue Service (claim #5 filed March 20, 2023) differs by classification and/or amount from this creditor's treatment under this Modified Plan. To resolve this discrepancy, the Trustee requires either; a) Debtor object to the Proof of Claim; b) the creditor sign-off on an Order Confirming; c) the Order Confirming be altered to pay the creditor pursuant to the Proof of Claim <u>including payment of the contract rate of interest</u>; or d) Debtor file an Amended Plan to provide for the creditor's claim as shown by the Proof of Claim

In summary, **the 2nd Modified Plan cannot be confirmed due to item #2 noted above**. *The Trustee will require any Stipulated Order Confirming contain the "wet" signatures from the debtors (where applicable), debtors counsel and objecting creditors if there are any.* General unsecured creditors (including secured creditors with unsecured deficiency balances) will be paid through the Trustee, subject to timely filed and allowed claims. Chapter 7 reconciliation requirement will be met given debtors' scheduled equity in non-exempt property at petition date. **You are hereby advised that the Trustee may lodge an Order of Dismissal should Debtor fail to respond to items #2, #3, #4, #5, #6 above and submit a Stipulated Order Confirming to the Trustee for review and signature or request a hearing within 30 days from the date of the mailing of this Trustee's Recommendation.**

Date See Electronic Signature Block

        EDWARD J. MANEY,
        CHAPTER 13 TRUSTEE

By: _____
    Edward J. Maney ABN 12256
    CHAPTER 13 TRUSTEE
    101 North First Ave., Suite 1775
    Phoenix, Arizona 85003
    (602) 277-3776
    ejm@maney13trustee.com

DEBTORS / DEBTORS' COUNSEL REMINDER - A letter is to be submitted to the Trustee, accompanying any Order Confirming, addressing all issues as they are listed in the Trustee's Recommendation.  In addition, **all** documents (ex: tax returns, paystubs etc.) submitted to the Trustee must be redacted – in compliance with Fed.R.Bankr.P.9037 -- by debtors and/or their counsel.

Copies of the forgoing
Mailed [see electronic signature],
to the following:

Tenisha Ward
4101 E. Baseline Rd., #1824
Gilbert, Arizona 85234
Debtor

Thomas A. McAvity, Esq.
PHOENIX FRESH START
4131 Main Street
Skokie, IL 60076-2780
Debtor's counsel

By:_____
      Trustee's Clerk